IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JIMMY D. WRIGHT )
 ) No. 3-11-0801
v. )
 )
BAC HOME LOANS SERVICING, LP )
f/k/a Countrywide Home Loans )
Servicing, LP )

O R D E R

On September 8, 2011, the plaintiff filed a notice of voluntary dismissal (Docket Entry No. 6), no answer or motion for summary judgment having been served or filed by the defendant.

As a result, the defendant's motion to dismiss (Docket Entry No. 4) is rendered MOOT and the Clerk is directed to terminate that motion as pending.

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, no further action on the part of the Court is required. Therefore, this case is DISMISSED without prejudice and the Clerk is directed to close this case on the records of the Court.

The initial case management conference, scheduled on October 3, 2011, is CANCELLED, and there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge